2

Name: Chevez White
Address: 17222 E. Palmer Way - Ftn Hills, AZ 85268
Phone: 480.720.9082

FILED
2009 OCT -6 PM 12:19
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In Re:                                    ) Chapter   13
Chevez White                              )
Plaintiff                                 ) Case No.  09-24825
                                          )
                                          ) Adv No:
                                          ) 09-AP-1294
                              Debtor.     )

IN Re:                        ) **Adversary Complaint**
Chase Bank &                  )
Tiffinay & Bosco P.A.         )
c/o Mark Bosco                )
Defendants                    )

① Plaintiff met all terms of the Foreberence Agreement with Chase however, after accepting partial payments Defendant "Servicer" continued with wrongful Foreclosure. Exhibit 'A'.

② Defendant forced Plaintiff into Ch. 13 because of wrongful Foreclosure

③ Plaintiff has *TILA underway and believes violations were made by CHASE/Defendants.

*(Results in 2 weeks from date below)

Date  10-05-09                    Signature  Chevez White

10/07/2009


Exhibit B.

When recorded return to:
Gail Charloff
PO Box 7095
Phoenix, AZ 85011

# NOTE SECURED BY DEED OF TRUST

(Straight Note)

## $43,450

On or before the sale of the property located at 17222 E Palmer Way. Fountain Hills, AZ 85268 for value received, Chevez White promise(s) to pay to

### GAIL CHARLOFF

Or order, at PO Box 7095, Phoenix, AZ 85011

The sum of **FOURTY THREE THOUSAND FOUR HUNDRED AND FIFTY DOLLARS ($43,450)**

PAYABLE:   PAID IN FULL August 31, 2006   ALL DUE AND PAYABLE UPON THE SALE OF

THE PROPERTY OR August 31, 2006. Each day after sale or after August 31, 2006 Late fees of **$75** PER DAY will be incurred. For March 2006, note holder will make payment to Chase for $3,035.25, to Ocwen for $1065.75 and personally to White for $7,000.00. In April Charloff will pay $10,624.00 to Chase. White will self pay $10,624.00 sometime before the end of May or will be in breach of this agreement. Charloff will receive $4180.00 (which includes a $50 monthly service fee) for June July and August 2006, on the FIRST DAY of each month.

However, should default be made in payment of any installment when due the second mortgage holder, the whole sum of the loan shall become immediately due or *at the option of the holder of this Note,* either a late fee of $15.00 day will be imposed or note holder may instead call the note all due and payable.

Principal and interest payable in lawful money of the United States.

The makers and endorsers hereof waive grace, presentment, demand, notice of dishonor and protest.

If suite brought to recover on this note, the undersigned agree(s) to pay such sum as the Court may fix as attorney's fees.

This Note is secured by a Deed of Trust

ACCEPTED AND APPROVED:

_____   3/29/06      _____ 3/29/06
CHEVEZ WHITE/ JEFFREY WHITE

10/07/2009